No. 63008.—Criterion Bead & Novelty Corp. v. United States, protest 58/11224 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63009.—Robert G. Lynch v. United States, protest 58/11243 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63010.—George Kovacs v. United States, protest 58/3685 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63011.—International Expediters, Inc. v. United States, protest 58/10686 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

APRIL 28, 1959

No. 63012.—SUIT 4943.—United States v. Durst Mfg. Co., Inc.——C.D. 1928 reversed January 9, 1959. C.A.D. 700.

No. 63013.—SUIT 4965.—Sears, Roebuck and Co. v. United States.— affirmed January 9, 1959. C.A.D. 701.

BEFORE THE SECOND DIVISION, MAY 4, 1959

No. 63014.—Nife, Inc. v. United States, protest 58/22200 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hand lights similar in all material respects to those the subject of Abstract 61976, the claim of the plaintiff was sustained.